## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Townsend, Jacqueline

Printed:  10/7/08

Case Number:  08 B 04160
Judge:  Hollis, Pamela S
Filed:  2/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  October 6, 2008
Confirmed:  May 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,492.00 |  |
| Secured: |  | 2,136.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,129.02 |
| Trustee Fee: |  | 226.98 |
| Other Funds: |  | 0.00 |
| Totals: | 3,492.00 | 3,492.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Paul Karoll | Administrative | 2,900.00 | 1,129.02 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 11,561.44 | 2,136.00 |
| 4. | Chase Home Finance | Secured | 6,779.55 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 929.44 | 0.00 |
| 6. | T Mobile USA | Unsecured | 116.03 | 0.00 |
| 7. | Triad Financial Services | Unsecured | 1,021.42 | 0.00 |
| 8. | Paragon Way Inc | Unsecured | 594.58 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 772.45 | 0.00 |
| 10. | Illinois Dept Of Employment Sec | Unsecured | 2,334.64 | 0.00 |
| 11. | Gailey Eye Clinic | Unsecured | | No Claim Filed |
| 12. | Town Of Normal | Unsecured | | No Claim Filed |
| 13. | City Of Chicago | Unsecured | | No Claim Filed |
| 14. | Village of Bedford Park | Unsecured | | No Claim Filed |
| 15. | Village of Evergreen Park | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Genesis Clinical Lab | Unsecured | | No Claim Filed |
| 18. | Village of South Holland | Unsecured | | No Claim Filed |
| | | | $ 27,009.55 | $ 3,265.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 226.98 |
| | $ 226.98 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Townsend, Jacqueline

Printed:  10/7/08

Case Number:  08 B 04160

Judge:  Hollis, Pamela S

Filed:  2/22/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: